FILED
MAY 0 7 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT ALLEN FOREMAN,

        Petitioner,

v.

DON MILLS,

        Respondent.

Civil No. 08-255-AC

ORDER

ACOSTA, Magistrate Judge.

    IT IS ORDERED that Petitioner's Motion to Voluntarily Dismiss Habeas Corpus Petition is GRANTED.

    IT IS SO ORDERED.

    DATED this 7th day of May, 2009.

                                  John V. Acosta
                                  United States Magistrate Judge